UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JESUS TORRES,<br><br>          Defendant. | No. CR-10-2038-FVS-1<br><br>ORDER DENYING DEFENDANT'S<br>MOTION TO RECONSIDER BAIL<br><br>☐    MOTION DENIED<br>       (Ct. Rec. 50) |

Date of bail review hearing: **May 28, 2010**

☑    The court has conducted a bail review hearing and has considered the Pretrial Services Report and proffers of the parties. The court, based upon the factual findings and statement of reasons for detention hereafter set forth, and as stated in court, finds the following:

        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

☐    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that Defendant is a flight risk and a danger to the community based on the nature of the pending charge. Application of the presumption is appropriate in this case.

☑    Defendant has a history of failures to appear and/or failures to comply.

☐    Defendant has few or no ties to the community.

☑    Defendant has a ☑ significant criminal history.

☑    Defendant has an outstanding warrant(s).

☑    Defendant does not have a suitable residence.

ORDER DENYING DEFENDANT'S MOTION
TO RECONSIDER BAIL - 1

1  ☑  Defendant appears to suffer from chemical dependency.
2  ☐  The Grand Jury has found probable cause.
3  ☐  Other: _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  ☑  The court finds the Defendant is not supervisable.
10 ☑  By a preponderance of the evidence there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Defendant as required.
13 ☐  By clear and convincing evidence there are no conditions or combination of conditions other than detention that will ensure the safety of the community.
16 ☐  Bureau of Immigration and Customs Enforcement Detainer.

   **IT IS ORDERED:**

   1. Defendant shall be held in detention pending disposition of this case or until further order of the court. Should circumstances change, Defendant may petition the court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney.

   2. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

   3. Defendant shall be afforded reasonable opportunity for

ORDER DENYING DEFENDANT'S MOTION
TO RECONSIDER BAIL - 2

1  private consultation with counsel.
2      DATED May 28, 2010.

4              s/James P. Hutton
               JAMES P. HUTTON
5       UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION
TO RECONSIDER BAIL - 3