PROB 12C
(7/93)

Report Date: June 29, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Torres                           Case Number: 0980 2:10CR02038-FVS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: December 7, 2010

Original Offense:    Possession of a Controlled Substance (3, 4-Methylene-dioxymethamphetamine) with Intent to Distribute and Aiding and Abetting, 21 U.S.C. § 841(a)(1) and 18 U.S.C § 2

Original Sentence:   Prison - 60 months;            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  James Goeke                 Date Supervision Commenced: July 31, 2014

Defense Attorney:     Federal Defenders Office    Date Supervision Expires: July 30, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**:  Mr. Torres was arrested by the Washington State Patrol (WSP) and was charged with driving under the influence, case number 5Z0520419, on May 8, 2015.

According to the WSP narrative report, Mr. Torres was pulled over for traveling 72 miles per hour in a 55 mile-per-hour zone. Upon contact with Mr. Torres, the officer smelled intoxicants coming from the interior of the vehicle.  Mr. Torres admitted to consuming alcohol and provided a breath sample with a positive result of .180 percent blood alcohol content.

This matter is still pending and his next court hearing is currently set for July 14, 2015.

2 | **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Torres was found under the influence of alcohol on May 8, 2015.

Prob12C
**Re: Torres, Jesus**
**June 29, 2015**
**Page 2**

|   |   |   |
|---|---|---|
|   | Mr. Torres was found to be under the influence of alcohol after he was pulled over by a WSP trooper for speeding. Mr. Torres submitted to a Breathalyzer with a positive result of .180 percent blood alcohol content. |
| 3 | **Mandatory Condition**: The defendant shall not commit another federal, state, or local crime. |
|   | **Supporting Evidence**: Mr. Torres was arrested by WSP and was charged with driving under the influence, case number 5Z0668531, on June 29, 2015. |
| 4 | **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
|   | **Supporting Evidence**: Mr. Torres failed to abstain from alcohol as he was found under the influence of alcohol on June 29, 2015. |
|   | According to the WSP report, Mr. Torres submitted to a Breathalyzer with a positive result of .117 and .119 percent blood alcohol content. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 29, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

June 30, 2015
Date